## THE PRESIDENT AND DIRECTORS OF THE ELKTON BANK OF MARYLAND v. JOHN PHILLIPS et al.

Court of Chancery. New Castle. April 19, 1824.

*Ridgely's Notebook IV, 412.*

## JANCEY VINCENT,[1] Widow of Solomon Vincent, v. WILLIAM PARSONS, SR., WILLIAM PARSONS, JR., and GEORGE PARSONS.

Orphans' Court. Sussex. July 22, 1824.

*Ridgely's Notebook IV, 428.*

*Elisha Cullen, Esq.,* appears for the defendants. . . .

THE CHANCELLOR. Solomon Vinson, the father of Solomon Vinson, the husband of the petitioner, being seised of an equitable estate in fee in the lands mentioned in the petition, devised the same to Betty, his wife, during her widowhood, and after the determination of that estate, to the said Solomon, the husband, in fee. Benjamin Vinson, who was seised in fee of the legal estate in the said lands and had made a written contract with the

---

[1] In the Chancellor's opinion the name appears as "Vinson," and in the testimony of the witnesses (omitted herein) the two spellings are used interchangeably.